UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

AUG 23 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO. |
| | ) | **3:05CR294** |
| v. | ) | ORDER TO SEAL INDICTMENT |
| | ) | |
| TITO THOMPSON, ET AL. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F.

Shappert, United States Attorney for the Western District of North Carolina, for an order

directing that the Motion to Seal and this Order and Indictment be sealed, to protect the secrecy

of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order and Indictment be

sealed until further order of this court.

This 23rd day of August , 2005.

UNITED STATES MAGISTRATE JUDGE