IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CR294**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER RESCINDING** |
| v. | ) | **DOCUMENT 96 ORDER** |
| | ) | |
| TITO THOMPSON (1) | ) | |
| BOBBY THOMPSON (2) | ) | |
| WILBERT RAYNARD MORRISON (3) | ) | |
| EDWARD D. NEELY (4) | ) | |
| GOWON DICKSON (5) | ) | |
| BOBBY LARUE THOMPSON (6) | ) | |
| DUNCAN CARSON (7) | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. The Order docketed on November 14, 2006 [docket #96] is hereby **RESCINDED.** A new order will be issued addressing the severing of defendants and defendant Tito Thompson's motion to continue.

**IT IS SO ORDERED.**

Signed: November 15, 2006

Graham C. Mullen
United States District Judge