IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:05CR294**

| UNITED STATES OF AMERICA | | ) | |
| --- | --- | --- | --- |
| | | ) | **ORDER GRANTING** |
| v. | | ) | **MOTION TO CONTINUE** |
| | | ) | **AND** |
| TITO THOMPSON | (1) | ) | **ORDER SEVERING** |
| BOBBY THOMPSON | (2) | ) | **CO-DEFENDANTS** |
| WILBERT RAYNARD MORRISON | (3) | ) | |
| EDWARD D. NEELY | (4) | ) | |
| GOWON DICKSON | (5) | ) | |
| BOBBY LARUE THOMPSON, SR. | (6) | ) | |
| DUNCAN CARSON | (7) | ) | |

**THIS MATTER IS BEFORE THE COURT** on defendant Tito Thompson's motion to continue [doc. #95] filed November 13, 2006. After reviewing the record, it appears to the Court that the interests of justice would best be served by the severance of co-defendants in the following manner: **IT IS ORDERED** that Defendants Tito Thompson, Bobby Thompson, Edward D. Neely, Gowon Dickson, and Bobby Larue Thompson, Sr., are hereby severed from Defendants Wilbert Raynard Morrison and Duncan Carson and that these defendants will be tried separately.

**IT IS THEREFORE ORDERED** that the trial of Defendants Wilbert Raynard Morrison and Duncan Carson remain set for the December 4, 2006 term at 10:00 a.m. in the Charlotte Division.

**IT IS FURTHER ORDERED** that Defendant Tito Thompson's motion to continue is **GRANTED**. The trial of Defendants **Tito Thompson, Bobby Thompson, Edward D. Neely, Gowon Dickson, and Bobby Larue Thompson, Sr., is hereby set for the January 8, 2007 term at 10:00 a.m.** in the Charlotte Division. The court finds that the ends of justice served by taking such action outweigh the interest of the public and defendant to a speedy trial.

**IT IS SO ORDERED.**

Signed: November 15, 2006

Graham C. Mullen
United States District Judge