IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr294

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| TITO THOMPSON et al | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Defendant Tito Thompson's Motion to Preclude Evidence (Document #170) and Motion to Dismiss Indictment (Document #171).

Both Motions are wholly without merit and fail to state any compelling reason why either evidence should be precluded or the indictment should be dismissed.

The Court also notes that Mr. Thompson is represented by counsel, and any additional motions he wishes to make should be submitted by his counsel.

For these reasons, Defendant Tito Thompson's Motion to Preclude Evidence and Motion to Dismiss Indictments are DENIED.

IT IS SO ORDERED.

Signed: September 6, 2007

Graham C. Mullen
United States District Judge